UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3347, 25-3348, 25-3349, 25-3350, & 25-3363

Crystallex International Corp. vs. Bolivarian Republic of Venezuela

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

See next page

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)  ☐ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☑ Appellee(s)  ☐ Amicus Curiae

(Type or Print) Counsel's Name: Robert H. Poole II

☑ Mr.  ☐ Ms.  ☐ Mrs.  ☐ Miss  ☐ Mx.

Firm: Alston & Bird LLP

Address: 1201 W Peachtree St NW #4900

City, State, Zip Code: Atlanta, Georgia 30309

Phone: 404-881-4547  Fax: 404-881-7777

Primary E-Mail Address (required): robert.poole@alston.com
Additional E-Mail Address (1):
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Robert H. Poole II

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

## NAMES OF ALL PARTIES REPRESENTED

- Northrop Grumman Ship Systems Inc. (now known as Huntington Ingalls Incorporated).

- Koch Nitrogen International Sàrl

- Koch Minerals Sàrl

- Saint-Gobain Performance Plastics Europe