UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-017

Nos. 25-3347, 25-3348, 25-3349, 25-3350, & 25-3363

Crystallex International Corporation

v.

Bolivarian Republic of Venezuela

  Bolivarian Republic of Venezuela,
    Appellant in No. 25-3347

  PDV Holding, Inc.,
    Appellant in No. 25-3348

  CITGO Petroleum Corporation,
    Appellant in No. 25-3349

  Petróleos de Venezuela, S.A.,
    Appellant in No. 25-3350

  Gold Reserve Ltd.,
    Appellant in No. 25-3363

(D. Del. No. 1:17-mc-00151)

Present: RESTREPO, PORTER, and MATEY *Circuit Judges*

1. Motion for a Stay pending Appeal filed by the Bolivarian Republic of Venezuela, PDV Holding, Inc., CITGO Petroleum Corporation, and Petróleos de Venezuela, S.A. [the "Venezuela Parties," Appellants in Nos. 25-3347, 25-3348, 25-3349, and 25-3350]

2. Response Opposing Stay Motion by Crystallex International Corporation

3. Response Opposing Stay Motion by ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XIII Ltd.

4. Response Opposing Stay Motion by OI European Group B.V.

5. Response Opposing Stay Motion by ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., Phillips Petroleum Company Venezuela Limited, and ConocoPhillips Gulf of Paria B.V. [the "ConocoPhillips Appellees"]

6. Response Opposing Stay Motion by Red Tree Investments, LLC
7. Response in Support of Stay pending Appeal by Gold Reserve Ltd. [Appellant in No. 25-3363]
8. Response Opposing Stay Motion by Amber Energy Inc.
9. Motion by Amber Energy Inc. to Expedite Appeals
10. Motion by Amber Energy Inc. to Seal Unredacted Versions of Its Motion to Expedite, Supporting Declaration, and Opposition to Stay Motion
11. Response to Motion to Expedite by Crystallex International Corporation
12. Response to Motion to Expedite by ConocoPhillips Appellees
13. Letter from Crystallex International Corporation regarding Gold Reserve Ltd.'s Response in Support of Stay pending Appeal
14. Letter from ConocoPhillips Appellees regarding Gold Reserve Ltd.'s Response in Support of Stay pending Appeal
15. Reply regarding Stay Motion and Response to Motion to Expedite by Venezuela Parties
16. Response to Motion to Expedite by Gold Reserve Ltd.
17. "Statement" in Response to Motion to Expedite by CITGO Petroleum Corporation
18. "Statement" regarding Stay Motion and in Response to Motion to Expedite by Petróleos de Venezuela, S.A.
19. Letter from Gold Reserve Ltd. regarding Letters from Crystallex International Corporation and ConocoPhillips Appellees
20. Reply regarding Motion to Expedite by Amber Energy Inc.
21. Letter Narrowing Motion to Seal by Amber Energy Inc.

Respectfully,
Clerk

_____ORDER_____

The Venezuela Parties' motion for a stay pending appeal is, as they now request, HELD IN ABEYANCE. If they later believe the Court should decide their motion, they must immediately notify the Court in writing. If necessary to address intervening developments, their notice may contain up to 700 words of supplemental argument and information. Any response to such a notice must be filed within two days and is also limited to 700 words. Unless the Court orders otherwise, no additional filings related to the Venezuela Parties' stay motion are permitted.

    These appeals are EXPEDITED.  Briefing will proceed under the following peremptory schedule:

> Appellants' opening brief(s) and the appendix must be filed by January 8, 2026.
>
> Appellees' response brief(s) must be filed within thirty (30) days after the last opening brief.
>
> Appellants' reply brief(s) must be filed within twenty-one (21) days after the deadline for filing response briefs.

The appeals will be promptly calendared before a merits panel.  To that extent, the requests to expedite are GRANTED.

    The United States is invited to file an amicus brief in these appeals expressing its views and interests.

    The motion to seal filed by Amber Energy Inc. is GRANTED.  The Clerk may, however, share any sealed filings in these appeals with the judge handling the district-court proceedings, the judge's staff, and the special master, upon their request.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: December 15, 2025
Gch/cc: All Counsel of Record