# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., et al.<br><br>               Plaintiff-Appellee,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, et al.<br><br>               Defendants-Appellants. | Case Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363 |

## MOTION OF NOEL J. FRANCISCO
## TO WITHDRAW AS COUNSEL

Noel J. Francisco hereby moves for leave to withdraw as counsel to CITGO Petroleum Corp. and PDV Holding Inc. in the above-captioned case. Nathan P. Eimer and Daniel D. Birk of Eimer Stahl LLP will continue to represent CITGO Petroleum Corp. and PDV Holding Inc. in this case.

December 23, 2025

Nathan P. Eimer
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
dbirk@eimerstahl.com

/s/ Noel J. Francisco
Noel J. Francisco
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
njfrancisco@jonesday.com

*Counsel for Defendants-Appellees CITGO International Corp. & PDV Holding Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I caused true and correct copies of the foregoing Motion of Noel J. Francisco To Withdraw as Counsel to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated:  December 23, 2025

/s/ Noel J. Francisco
Noel J. Francisco

*Counsel for Defendants-Appellees CITGO International Corp. & PDV Holding Inc.*