UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, & 25-3564**
Crystallex International Corporation v. Bolivarian Republic of Venezuela

**Nos. 25-3453 & 25-3474**
Tidewater Investment SRL v. Bolivarian Republic of Venezuela

**Nos. 25-3454 & 25-3475**
OI European Group B.V. v. Bolivarian Republic of Venezuela

**Nos. 25-3455 & 25-3476**
Phillips Petroleum Company Venezuela Limited v. Petroleos de Venezuela

**Nos. 25-3456 & 25-3477**
Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Republic of Venezuela

**Nos. 25-3457 & 25-3478**
Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3458 & 25-3479**
ACL1 Investments Ltd. v. Bolivarian Republic of Venezuela

**Nos. 25-3459 & 25-3480**
Rusoro Mining Limited v. Bolivarian Republic of Venezuela

**Nos. 25-3460 & 25-3481**
Red Tree Investments, LLC v. Petroleos de Venezuela, S.A.

**Nos. 25-3461 & 25-3482**
Red Tree Investments, LLC v. Petroleos de Venezuela, S.A.

**Nos. 25-3462 & 25-3483**
Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3463 & 25-3484**
Koch Minerals Sarl v. Bolivarian Republic of Venezuela

**Nos. 25-3464 & 25-3485**
Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3465 & 25-3486**

ConocoPhillips Gulf of Paria B.V. v. Coporacion Venezolana del Petroleo, S.A.

**Nos. 25-3466, 25-3487, & 25-3563**

XYQ US, LLC v. Petroleos De Venezuela, S.A.

**Nos. 25-3467 & 25-3488**

Gold Reserve Inc. v. Bolivarian Republic of Venezuela

**Nos. 25-3468 & 25-3489**

ConocoPhillips Petrozuata B.V. v. Bolivarian Republic of Venezuela

**Nos. 25-3469 & 25-3490**

Valores Mundiales, S.L. v. Bolivarian Republic of Venezuela

**Nos. 25-3470 & 25-3491**

Lovati v. The Bolivarian Republic of Venezuela

**Nos. 25-3471 & 25-3492**

Gramercy Distressed Opportunity Fund LLC v. Bolivarian Republic of Venezuela

**Nos. 25-3472 & 25-3493**

Gramercy Distressed Opportunity Fund LLC v. Bolivarian Republic of Venezuela

**Nos. 25-3473 & 25-3494**

Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela

To: Clerk

    1)     Motion to File Overlength Brief by Crystallex International Corp.

_____

    At the direction of the Court, the foregoing motion is GRANTED. By the previously established deadline, Crystallex International Corp. may file a consolidated response brief containing up to 17,000 words. This order does not authorize any other brief to exceed the length limitations found in the Federal Rules of Appellate Procedure.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 16, 2026
Gch/cc: All Counsel of Record