UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, & 25-3564**

Crystallex International Corporation v. Bolivarian Republic of Venezuela

**Nos. 25-3453 & 25-3474**

Tidewater Investment SRL v. Bolivarian Republic of Venezuela

**Nos. 25-3454 & 25-3475**

OI European Group B.V. v. Bolivarian Republic of Venezuela

**Nos. 25-3455 & 25-3476**

Phillips Petroleum Company Venezuela Limited v. Petroleos de Venezuela

**Nos. 25-3456 & 25-3477**

Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Republic of Venezuela

**Nos. 25-3457 & 25-3478**

Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3458 & 25-3479**

ACL1 Investments Ltd. v. Bolivarian Republic of Venezuela

**Nos. 25-3459 & 25-3480**

Rusoro Mining Limited v. Bolivarian Republic of Venezuela

**Nos. 25-3460 & 25-3481**

Red Tree Investments, LLC v. Petroleos de Venezuela, S.A.

**Nos. 25-3461 & 25-3482**

Red Tree Investments, LLC v. Petroleos de Venezuela, S.A.

**Nos. 25-3462 & 25-3483**

Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3463 & 25-3484**

Koch Minerals Sarl v. Bolivarian Republic of Venezuela

**Nos. 25-3464 & 25-3485**

Contrarian Capital Management, L.L.C. v. Bolivarian Republic of Venezuela

**Nos. 25-3465 & 25-3486**

ConocoPhillips Gulf of Paria B.V. v. Coporacion Venezolana del Petroleo, S.A.

**Nos. 25-3466, 25-3487, & 25-3563**

XYQ US, LLC v. Petroleos De Venezuela, S.A.

**Nos. 25-3467 & 25-3488**

Gold Reserve Inc. v. Bolivarian Republic of Venezuela

**Nos. 25-3468 & 25-3489**

ConocoPhillips Petrozuata B.V. v. Bolivarian Republic of Venezuela

**Nos. 25-3469 & 25-3490**

Valores Mundiales, S.L. v. Bolivarian Republic of Venezuela

**Nos. 25-3470 & 25-3491**

Lovati v. The Bolivarian Republic of Venezuela

**Nos. 25-3471 & 25-3492**

Gramercy Distressed Opportunity Fund LLC v. Bolivarian Republic of Venezuela

**Nos. 25-3472 & 25-3493**

Gramercy Distressed Opportunity Fund LLC v. Bolivarian Republic of Venezuela

**Nos. 25-3473 & 25-3494**

Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela

To: Clerk

1) Motion to Seal Volumes 33–48 of the Joint Appendix by the Bolivarian Republic of Venezuela, PDV Holding, Inc., CITGO Petroleum Corporation, and Petróleos de Venezuela, S.A.

_____

At the direction of the Court, the foregoing motion is GRANTED.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 2, 2026
Gch/cc: All Counsel of Record