**Nos. 25-3347, 25-3348, 25-3349, 25-3350,
25-3363, 25-3453 to 25-3494, 25-3563, 25-3564**

# In the United States Court of Appeals
FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

(caption continued on following pages)

On Appeals from the United States District Court for the District of Delaware
Nos. 17-mc-151, 19-inc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-inc-18, 21-mc-46, 21-mc-481, 22-inc-68, 22-inc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23-mc-378, 23-mc-379, 23-mc-397
(Hon. Leonard P. Stark, United States Circuit Judge)

**RESPONSE BRIEF OF KOCH MINERALS SÀRL AND KOCH NITROGEN INTERNATIONAL SÀRL**

| | |
|---|---|
| Alexander A. Yanos<br>ALSTON & BIRD LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>(212) 210-9400 | Laura Davis Jones<br>Peter J. Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100 |

Robert Poole
ALSTON & BIRD LLP
1201 W. Peachtree St. NE, Suite 4900
Atlanta, GA 30309
(404) 881-4547

Nicholas J. Zluticky
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
(816) 691-3278

---

TIDEWATER INVESTMENT SRL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

OI EUROPEAN GROUP B.V.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,
*Plaintiffs-Appellees,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

NORTHROP GRUMMAN SHIP SYSTEMS INC.,
*Plaintiff-Appellee,*
v.
MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

ACL1 INVESTMENTS LTD, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

RUSORO MINING LTD,
*Plaintiff-Appellee*,
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

KOCH MINERALS SÀRL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*
v.
CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,
*Defendants-Appellants.*

XYQ US, LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

———————————

GOLD RESERVE INC.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

RUDI LOVATI, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*
_____

# TABLE OF CONTENTS

                                                                                                     **Page**

POSITION OF THE KOCH PARTIES ................................................................... 1
CONCLUSION ........................................................................................................ 3
COMBINED CERTIFICATES OF COMPLIANCE ............................................... 5
CERTIFICATE OF SERVICE ................................................................................. 6

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, No. 17-2559,
 (D.D.C. Nov. 28, 2017) ...................................................................................1, 2

*Koch Mins. Sàrl v. Bolivarian Republic of Venez.*,
 2021 WL 3662938 (D.D.C. Aug. 18, 2021) ......................................................1, 2

*Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*,
 Misc. No. 22-156 (D. Del. Oct. 7, 2022) ...............................................................2

*Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Misc. No. 22-
 156 (D. Del. Mar. 31, 2023) .................................................................................3

# POSITION OF THE KOCH PARTIES

Koch Minerals Sàrl ("**KOMSA**") and Koch Nitrogen International Sàrl ("**KNI**," and together with KOMSA, the "**Koch Parties**,") were subject to an unlawful expropriation by the Bolivarian Republic of Venezuela (the "**Republic**" or "**Venezuela**").

The Koch Parties held interests in FertiNitro, an operation of two fertilizer plants located in Venezuela, which then-President of Venezuela Hugo Chávez took control of in October 2010. *Koch Mins. Sàrl v. Bolivarian Republic of Venez.*, 2021 WL 3662938, at *1 (D.D.C. Aug. 18, 2021); *Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559, D.I. 7 ¶¶ 12-13 (D.D.C. Nov. 28, 2017). The Koch Parties thereafter instituted arbitration. On October 30, 2017, an ICSID tribunal issued an arbitration award in the Koch Parties' favor, finding Venezuela liable for the unlawful expropriation. *See* JA4239; *see also Koch Mins. Sàrl*, Civ. No. 17-2559, D.I. 7 ¶ 17 (D.D.C. Nov. 28, 2017). On April 11, 2018, the tribunal effectively amended the Koch Parties' award by issuing a Decision on Rectification, noticing and correcting an error in the calculation of the principal amount for which Venezuela was liable. JA4239; *see also Koch Mins. Sàrl*, Civ. No. 17-2559, D.I. 7 ¶ 26. Together, the October 30, 2017 award and the tribunal's April 11, 2018 Decision on Rectification constitute the full and final award underlying the Koch Parties' case below.

On November 28, 2017, the Koch Parties filed suit in the D.C. District Court to enforce their award against Venezuela. *See generally Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559 (D.D.C. Nov. 11, 2017). On August 18, 2021, the D.C. District Court granted summary judgment in the Koch Parties' favor, *Koch Minerals Sàrl*, 2021 WL 3662938, at *1, and entered a final judgment on February 22, 2022, for $449,361,733.45 as well as post-judgment interest. JA4240. That same day, the D.C. District Court granted the Koch Parties' request to register their judgment in the District of Delaware pursuant to 28 U.S.C. §§ 1610(c) and 1963. *Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559, D.I. 65 (D.D.C. Nov. 28, 2017).

The Koch Parties registered their judgment in the District of Delaware and, on October 7, 2022, filed a motion for an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* as to PDVSA's shares of PDVH. *See* JA4240; *see also Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Misc. No. 22-156, D.I. 2 (D. Del. Oct. 7, 2022). Meanwhile, in the proceedings involving OI European Group B.V. ("**OIEG**") and Northrop Grumman Ship Systems, Inc. (formerly known as Ingalls Shipbuilding, Inc., and now known as Huntington Ingalls Incorporated) ("**Huntington Ingalls**"), the District Court issued a March 23, 2023 order finding that PDVSA remained Venezuela's alter ego. *See* JA0140-200. PDVSA thereafter consented to applying the District Court's order to the Koch Parties' then-pending

motion for a writ of attachment. *See* JA4240; *Koch Mins. Sàrl,* Misc. No. 22-156, D.I. 21 (D. Del. Mar. 31, 2023).

The Koch Parties submit this Response Brief to join in and incorporate by reference those portions of the Response Brief submitted by OIEG; ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (collectively, "**ACL**"); Huntington Ingalls; Rusoro Mining Limited ("**Rusoro**" and collectively with OIEG, ACL, and Huntington Ingalls, the "**Four Creditors**") addressing the alter ego issue raised by the Venezuela Parties in their Opening Brief (*i.e.*, Sections I through III of the Argument). The Koch Parties take no position on the issues addressed in the Four Creditors' Response Brief specifically relating to the separate ground for challenge asserted by XYQ US, LLC (*i.e.*, Section IV of the Argument), or on the issues addressed in Crystallex's Response Brief.

## CONCLUSION

The Court should affirm for the reasons set out in the portions of the Four Creditors' Response Brief hereby joined and incorporated by the Koch Parties.

Dated: February 9, 2026          Respectfully submitted,

*s/ Alexander A. Yanos*
Alexander A. Yanos
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
(212) 210-9400

3

Robert Poole
ALSTON & BIRD LLP
1201 W. Peachtree St. NE, Suite 4900
Atlanta, GA 30309
(404) 881-4547

Laura Davis Jones
Peter J. Keane
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Nicholas J. Zluticky
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
(816) 691-3278

*Counsel for Koch Minerals Sàrl and
Koch Nitrogen International Sàrl*

# COMBINED CERTIFICATES OF COMPLIANCE

In accordance with Local Appellate Rules 28.3(d) and 46.1(e), I certify that all attorneys whose names appear on this brief are members in good standing of the bar of this Court or have filed an application for admission.

In accordance with Local Appellate Rule 31.1(c), I certify that the text of the electronic PDF version of this brief and the paper copies are identical and that Microsoft Defender Offline scanned the file and detected no virus.

In accordance with Federal Rule of Appellate Procedure 32(g)(1), I certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 642 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1), according to the word count of Microsoft Word 365.  This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in Times New Roman 14-point font, a proportionally spaced typeface.


Dated:  February 9, 2026          *s/ Alexander A. Yanos*
                                  Alexander A. Yanos

                                  *Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl*

# CERTIFICATE OF SERVICE

I hereby certify that counsel for all parties are registered as Filing Users of the Court's CM/ECF system and that a copy of this brief will be served electronically on this date by operation of the Court's CM/ECF system.

Dated: February 9, 2026   *s/ Alexander A. Yanos*
Alexander A. Yanos

*Counsel for Koch Minerals Sàrl and Koch Nitrogen International Sàrl*