Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

On Appeals From The United States District Court
For The District of Delaware
No. 1:17-mc-151-LPS, Judge Leonard P. Stark (sitting by designation)

## BRIEF OF PLAINTIFFS-APPELLEES TIDEWATER INVESTMENT SRL AND TIDEWATER CARIBE, S.A.

Andrew S. Dupre
Brian R. Lemon
AKERMAN LLP
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801
(302) 596-9200

Miguel López Forastier
*Counsel of Record*
Amanda Tuninetti
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5185

*Counsel for Plaintiffs-Appellees Tidewater Investment SRL
and Tidewater Caribe, S.A.*

TIDEWATER INVESTMENT SRL, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

OI EUROPEAN GROUP, B.V.,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,

*Plaintiffs-Appellees,*

v.

PETROLEOS DE VENEZUELA S.A., ET AL.,

*Defendants-Appellants.*

NORTHRUP GRUMMAN SHIP SYSTEMS INC.,

*Plaintiff-Appellee,*

v.

MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

ACL1 INVESTMENTS LTD., ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

RUSORO MINING LTD.,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

RED TREE INVESTMENTS LLC,

*Plaintiff-Appellee,*

v.

PETROLEOS DE VENEZUELA S.A., ET AL.,

*Defendants-Appellants.*

KOCH MINERALS SARL, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

CONOCOPHILLIPS GULF OF PARIA B.V.,

*Plaintiff-Appellee,*

v.

CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,

*Defendants-Appellants.*

XYQ US, LLC,

*Plaintiff-Appellee / Appellant*,

v.

PETROLEOS DE VENEZUELA S.A., ET AL.,

*Defendants-Appellants*.

GOLD RESERVE INC.,

*Plaintiff-Appellee / Appellant*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants*.

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,

*Plaintiffs-Appellees*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants*.

VALORES MUNDIALES S.L., ET AL.,

*Plaintiffs-Appellees*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants*.

RUDI LOVATI, ET AL.,

*Plaintiffs-Appellees*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants*.

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit L.A.R. 26.1.1(b), Tidewater Caribe S.A. states that it has one parent company that holds a 10% or greater ownership interest in its shares. That company is Tidewater Inc. (NYSE: TDW).

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit L.A.R. 26.1.1(b), Tidewater Investment SRL states that it has one parent company that holds a 10% or greater ownership interest in its shares. That company is Tidewater Inc. (NYSE: TDW).

## STATEMENT OF RELATED CASES

Tidewater Investment SRL and Tidewater Caribe, S.A. adopt the Venezuela Parties' statement (Br. 2-3) of related cases and proceedings.

## STATEMENT OF THE CASE

In 2009, the Bolivarian Republic of Venezuela (Venezuela) took over — by force and without compensation — the assets and operations of Tidewater SRL and Tidewater Caribe, S.A. (together, Tidewater) in Venezuela.  In response, Tidewater commenced an arbitration against Venezuela under the Convention on the Settlement of Investment Disputes Between States and Nationals of Other States (ICSID).  DI 6, Ex. 5.[1]  On December 27, 2016, the ICSID process culminated in an award in Tidewater's favor, which Venezuela has refused to pay.  *See* DI 6, Ex. 3 ¶ 217; *id.* Ex. 4 ¶ 230.

On July 21, 2017, Tidewater commenced an action in the United States District Court for the District of Columbia requesting the recognition of its final ICSID Award and enforcement of Venezuela's cor-

---

[1] Unless otherwise noted, docket item entries refer to the docket in *Tidewater Investment SRL et al v. Bolivarian Republic of Venezuela*, case number 1:19-mc-00079-LPS.

responding pecuniary obligations. *Tidewater Inv. SRL v. Bolivarian Republic of Venezuela*, 2018 WL 6605633, at *1 (D.D.C. Dec. 17, 2018). On January 25, 2019, that court entered a final judgment against Venezuela. D.I. 6, Ex. 6.

On April 3, 2019, Tidewater registered the District of D.C. judgment in the District of Delaware. D.I. 1, at 1. On November 15, 2019, Tidewater moved the Delaware district court for a writ of attachment *fieri facias* on shares in a Delaware corporation, PDV Holding, Inc. (PDVH), belonging to Venezuela's wholly-owned national oil company and alter ego, Petróleos de Venezuela, S.A. (PDVSA). D.I. 5. The Delaware court granted that motion. D.I. 84, 85.

The court below conducted a judicial sale of the PDVH shares to satisfy the judgments of certain creditors of Venezuela, including Crystallex and Tidewater. Pursuant to the district court's orders of March 1, 2024, and April 3, 2024, Tidewater is the second most senior creditor in *Crystallex*. No. 1:17-mc-151-LPS (DI 996, 1102). On November 29, 2025, the district court approved the sale of the PDVH shares to Amber MSub LLC, an affiliate of Elliott Investment Management L.P. JA264-265. Venezuela and other parties appealed.

## ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 28(i), Plaintiffs-Appellees Tidewater Investment SRL and Tidewater Caribe, S.A. hereby adopt Sections I, II.B-C, and III of the Brief of Plaintiff-Appellee Crystallex International Corporation filed on February 9, 2026.[2]

## CONCLUSION

The Court should affirm.

February 9, 2026

Andrew S. Dupre
Brian R. Lemon
AKERMAN LLP
222 Delaware Avenue
Suite 1710
Wilmington, DE 19801
(302) 596-9200

Respectfully submitted,

*/s/ Miguel López Forastier*

Miguel López Forastier
   *Counsel of Record*
Amanda Tuninetti
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5185

*Counsel for Plaintiffs-Appellees Tidewater Investment SRL
and Tidewater Caribe, S.A.*

---

[2] Tidewater took no position before the district court on which of the bids was highest and therefore takes no position on that issue here.

3

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that at least one attorney whose name appears on this response is a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

February 9, 2026

*/s/ Miguel López Forastier*

Miguel López Forastier
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5185

# CERTIFICATE OF COMPLIANCE

1.    This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i) because it contains fewer than 575 words, excluding the parts of the brief exempted by Rule 32(f).

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font.

3.    This brief complies with this Court's Rule 31.1(c) because the text of the electronic brief is identical to the text of the paper document, and because the document has been scanned with version 7.29.20108.0 of CrowdStrike Falcon Sensor and is free of viruses.

February 9, 2026                          */s/ Miguel López Forastier*
                                          Miguel López Forastier
                                          COVINGTON & BURLING LLP
                                          One City Center
                                          850 Tenth Street, NW
                                          Washington, DC 20001
                                          (202) 662-5185

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2026, I caused the foregoing response to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the Court's CM/ECF system.  I further certify that service was accomplished on all parties via the Court's CM/ECF system.

February 9, 2026

*/s/ Miguel López Forastier*

Miguel López Forastier
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5185