**Nos. 25-3347, 25-3348, 25-3349, 25-3350,
25-3363, 25-3453 to 25-3494, 25-3563, 25-3564**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

(caption continued on following pages)

On Appeals from the United States District Court for the District of Delaware
Nos. 17-mc-151, 19-inc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-inc-18, 21-mc-46, 21-mc-481, 22-inc-68, 22-inc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23-mc-378, 23-mc-379, 23-mc-397
(Hon. Leonard P. Stark, United States Circuit Judge)

**APPELLEE RUSORO MINING LTD.'S NOTICE OF JOINDER IN APPELLEE AMBER ENERGY INC.'S RESPONSE BRIEF PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 28(i)**

James E. Berger
Charlene C. Sun
Alice A. Gyamfi
DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4715
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
alice.gyamfi@us.dlapiper.com

R. Craig Martin
Caleb Johnson
DLA PIPER, LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801
(302) 468-5655
craig.martin@us.dlapiper.com
caleb.johnson@us.dlapiper.com

*Counsel for Rusoro Mining Ltd.*

---

TIDEWATER INVESTMENT SRL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

OI EUROPEAN GROUP B.V.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,
*Plaintiffs-Appellees,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

NORTHROP GRUMMAN SHIP SYSTEMS INC.,
*Plaintiff-Appellee,*
v.
MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

ACL1 INVESTMENTS LTD, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

RUSORO MINING LTD,
*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*

v.

PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

———————————————

KOCH MINERALS SÀRL, ET AL.,
*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*

v.

CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,
*Defendants-Appellants.*

———————————————

XYQ US, LLC,
*Plaintiff-Appellee,*

v.

PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

———————————————

GOLD RESERVE INC.,

*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

RUDI LOVATI, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————

# NOTICE OF JOINDER

Pursuant to Federal Rule of Appellate Procedure 28(i), Appellee Rusoro Mining Ltd. ("Rusoro") hereby joins in and adopts Appellee Amber Energy Inc.'s ("Amber Energy") Response Brief, filed on February 9, 2026, and the arguments made therein. As such, Rusoro will not file a separate brief. For the reasons stated in Amber Energy's Response Brief, this Court should affirm.

Dated: February 9, 2026

Respectfully submitted,

*s/ James E. Berger*
James E. Berger
Charlene C. Sun
Alice A. Gyamfi
DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4715
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
alice.gyamfi@us.dlapiper.com

R. Craig Martin
Caleb Johnson
DLA PIPER, LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801
(302) 468-5655
craig.martin@us.dlapiper.com
caleb.johnson@us.dlapiper.com

*Counsel for Rusoro Mining Ltd.*

## **CONSOLIDATED CERTIFICATES OF COMPLIANCE**

1. In accordance with Local Appellate Rules 28.3(d) and 46.1(e), I certify that all attorneys whose names appear on this brief are members in good standing of the bar of this Court or have filed an application for admission.

2. In accordance with Local Appellate Rule 31.1(c), I certify that the text of the electronic PDF version of this brief and the paper copies are identical and that Microsoft Defender Offline scanned the file and detected no virus.

3. In accordance with Federal Rule of Appellate Procedure 32(g)(1), I certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains [58] words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1), according to the word count of Microsoft Word 365.  This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in Times New Roman 14-point font, a proportionally spaced typeface.

Dated:  February 9, 2026               Respectfully submitted,

                                       *s/ James E. Berger*
                                       James E. Berger

                                       *Counsel for Rusoro Mining Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Dated: February 9, 2026                Respectfully submitted,

*s/ James E. Berger*
James E. Berger

*Counsel for Rusoro Mining Ltd.*