# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363

Crystallex International Corp. vs. Bolivarian Republic of Venezuela

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

See next page.

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☒ Appellee(s)   ☐ Amicus Curiae

(Type or Print) Counsel's Name  Laura Davis Jones

☐ Mr.   ☒ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm  Pachulski Stang Ziehl & Jones LLP

Address  919 North Market Street, 17th Floor

City, State, Zip Code  Wilmington, DE 19801

Phone  302-652-4100   Fax  302-652-4400

**Primary E-Mail Address (required)**  ljones@pszjlaw.com
**Additional E-Mail Address (1)**  pcuniff@pszjlaw.com
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:**  /s/ Laura Davis Jones



COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020
4927-6957-5299.2 61134.001



# NAMES OF ALL PARTIES REPRESENTED

- Northrup Grumman Ship Systems Inc. (now known as Huntington Ingalls Incorporated)

- Koch Nitrogen International Sàrl

- Koch Minerals Sàrl

- Saint-Gobain Performance Plastics Europe

Pachulski Stang Ziehl & Jones LLP serves as Delaware counsel to the above-listed parties, along with cocounsel at Alston & Bird LLP.

