**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-3347 to 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564

_____ vs. _____

Calendar Date At the convenience of the Court _____          Location _____

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: _____

Designation of Arguing Counsel: _____

Member of the Bar:        _____ Yes          _____ No

Representing (check only one):

_____ Petitioner(s)        _____ Appellant(s)        _____ Intervenor(s)

_____ Respondent(s)        _____ Appellee(s)        _____ Amicus Curiae

Please list the name of the lead party being represented:

_____

=================================================================

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)