Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

(caption continued on following pages)

On Appeals from the United States District Court for the District of Delaware
Nos. 17-mc-151, 19-mc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-mc-18, 21-mc-46, 21-mc-481, 22-mc-68, 22-mc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23-mc-378, 23-mc-379, 23-mc-397
(Hon. Leonard P. Stark, United States Circuit Judge)

## MOTION TO WITHDRAW AS COUNSEL

George M. Garvey
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
 50th Floor
Los Angeles, CA 90071
(213) 683-9100

Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Ginger D. Anders
Xiaonan April Hu
Kyle A. Schneider
Nicole R. Allicock
Andrew J. Slottje
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
 Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com

---

TIDEWATER INVESTMENT SRL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

OI EUROPEAN GROUP B.V.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

PHILLIPS PETROLEUM COMPANY THAT THERE VENEZUELA LTD, ET
AL.,
*Plaintiffs-Appellees,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

NORTHROP GRUMMAN SHIP SYSTEMS INC.,
*Plaintiff-Appellee,*
v.
MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

ACL1 INVESTMENTS LTD, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

RUSORO MINING LTD,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

KOCH MINERALS SARL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*
v.
CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,
*Defendants-Appellants.*

XYQ US, LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

GOLD RESERVE INC.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

RUDI LOVATI, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned counsel at Munger, Tolles & Olson LLP (collectively, "MTO") hereby respectfully move the Court for permission to withdraw as counsel for Defendant-Appellant the Bolivarian Republic of Venezuela (the "Republic"). In support of this motion, undersigned counsel states as follows:

1. The lead case in these appeals, No. 25-3348, was filed on December 2, 2025.

2. MTO attorneys Donald B. Verrilli, Jr., Ginger D. Anders, and Elaine J. Goldenberg entered appearances on behalf of the Republic in the lead case on December 2, 2025.

3. Oral argument in these appeals is scheduled for August 10, 2026.

4. On March 11, 2026, the United States filed a letter in the United States District Court for the Southern District of New York stating that "the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." A copy of that letter is attached as Exhibit A.

5. A decision by the President to recognize a party as the sole head of state of a foreign government is conclusive and binding on the courts. *See Guaranty Trust Co. v. United States*, 304 U.S. 126, 137-38 (1938); *Rusoro Mining Ltd. v. Bolivarian Republic of Venezuela*, No. 18-7044 (D.C. Cir. May 1, 2019) (per curiam order).

6.      On June 10, 2026, the undersigned counsel received a letter from Arianny Viviana Seijo Noguera, the Attorney General of the Republic.  In part, the letter reads (as translated):

> I understand that you and your firm have been or still are representing the Bolivarian Republic of Venezuela in *Crystallex International Corp. v. Venezuela,* which is currently pending in the United States Court of Appeals for the Third Circuit. . . .
>
> I am writing to confirm that the Bolivarian Republic of Venezuela has recently retained Greenberg Traurig LLP to represent its rights in the case of *Crystallex International Corp. v. Venezuela.*  Therefore, I request your cooperation with our Greenberg attorneys, Daniel Pulecio-Boek and Dominic E. Draye, to ensure a smooth transition.

7.      Earlier today, on June 11, 2026, Dominic E. Draye of Greenberg Traurig LLP entered an appearance on behalf of the Republic in these proceedings.

8.      MTO, on behalf of all of its attorneys who have entered appearances in these actions, respectfully submits that its withdrawal will not unduly delay these proceedings or be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

For the foregoing reasons, the motion of MTO to withdraw as counsel of record for the Republic should be granted.

2

Dated:  June 11, 2026                    Respectfully submitted,

                                         /s/ Donald B. Verrilli, Jr.

George M. Garvey                         Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP               Elaine J. Goldenberg
350 South Grand Avenue                   Ginger D. Anders
  50th Floor                             Xiaonan April Hu
Los Angeles, CA 90071                    Kyle A. Schneider
(213) 683-9100                           Nicole R. Allicock
                                         Andrew J. Slottje
                                         MUNGER, TOLLES & OLSON LLP
                                         601 Massachusetts Ave. NW
                                           Suite 500E
                                         Washington, DC 20001-5369
                                         (202) 220-1100
                                         Donald.Verrilli@mto.com

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that at least one attorney whose name appears on this Motion is a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: June 11, 2026                    Respectfully submitted,

                                        */s/ Donald B. Verrilli, Jr.*
                                        Donald B. Verrilli, Jr.

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 428 words.

2.      Per Fed. R. App. P. 27(d)(1)(E), this document complies with the type-face requirements of and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point, Times New Roman.

3.      The electronic copy of the Motion has been scanned for viruses and none were detected.

4.      The text of the electronic copy of the Motion is identical to the text in the paper copies.


Dated: June 11, 2026                    Respectfully submitted,

                                        */s/ Donald B. Verrilli, Jr.*
                                        Donald B. Verrilli, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Dated: June 11, 2026　　　　　　　　Respectfully submitted,

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.

6

# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 11, 2026

**<u>Via ECF</u>**
Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:    *Stansell et al. v. FARC et al.*, 16 Misc. 405 (LGS) (SN)
               *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN)
               *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN)
               *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Judge Netburn:

     I write on behalf of the United States of America in connection with the Court's order issued on January 12, 2026, which, "[i]n light of recent events in Venezuela," invited the Government to "file a statement of interest pursuant to 28 U.S.C. § 517 on (1) the authority-to-represent issue and (2) any other issues raised by the litigation that the United States deems of interest." Dkt. No. 612, *Stansell v. FARC*, No. 16 Misc. 405 (LGS) (SN).[1]

     The United States, pursuant to 28 U.S.C. § 517,[2] respectfully provides this Statement of Interest in response to the Court's order. As to the first point, the government advises the Court that "[o]n March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez." Letter from Ambassador Michael G. Kozak, Senior Bureau Official, Bureau of Western Hemisphere Affairs, U.S. Department of State, to Jay Clayton, United States Attorney for the Southern District of New York, attached hereto as Exhibit A, at 2. Additionally, on March 7, President Trump—referring to the March 5 statement issued by the State Department—stated, "this week we have formally recognized the Venezuelan government. We've actually legally recognized them."[3]

---

[1] The Court granted the government's requests to extend its time to respond until March 11, 2026. Dkt. Nos. 618, 620, *Stansell v. FARC*, No. 16 Misc. 405 (LGS) (SN).

[2] Congress has authorized the Attorney General to send "any officer of the Department of Justice . . . to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States." 28 U.S.C. § 517; *see Georges v. United Nations*, 834 F.3d 88, 91 & n.10 (2d Cir. 2016).

[3] Video at 31:14-20, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 7, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit.

As the State Department advises, the United States' "engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government." Ex. A at 2. "In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." *See id.*

The United States otherwise respectfully declines to opine on the pending dispute regarding "which counsel is authorized to represent certain Venezuelan state-owned entities," *see Stansell*, Dkt. No. 612 at 1, particularly as the facts underlying the representation question have changed substantially since the dispute pending before the Court emerged.

As to the second point, the United States appreciates the Court's invitation to provide its views on other issues raised by the litigation, but respectfully declines to do so at this time. However, the United States leaves open the possibility of a future submission, if appropriate, at a later stage in the litigation.

I thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc:    Counsel of record (by ECF)

Case 1:20-cv-03449-LDC Document 265 Filed 11/06/17 Page 1 of 3

Exhibit A

Case: 25-30449 Document: 255 Page: 14 Date Filed: 06/17/2026

Case 1:20-cv-03449-LDC Document 265 Filed 11/06/17 Page 1 of 3

March 10, 2026

Jay Clayton
United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Re: *Stansell et al. v. FARC et al.,* 16 Misc. 405 (LGS) (SN); *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN); *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN); *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Mr. Clayton,

I would be grateful for your assistance in presenting this letter to the U.S. District Court for the Southern District of New York. This letter is submitted in response to the Court's invitation to the United States to express its views in the above-captioned matter, as directed by the Court's order dated January 12, 2026.

Pursuant to the Court's request, I write to address the U.S. government's recognition posture with respect to Venezuela. For decades, Venezuela was plagued by successive Chavista governments which systematically destroyed democratic institutions, repressed freedom of expression, and committed other serious human rights abuses. After fraudulent presidential elections orchestrated by Nicolás Maduro in May 2018 left Venezuela without a legitimate winner, on January 23, 2019, the National Assembly elected in 2015 ("the 2015 National Assembly"), in its role as the only legitimate branch of government duly elected by the Venezuelan people, invoked the Venezuelan constitution to declare the office of the presidency vacant. Consistent with the Venezuelan constitution, the President of the National Assembly, Juan Guaidó, was sworn in as Interim President of the country. On January 23, 2019, President Trump issued a public statement recognizing Guaidó as the Interim President of Venezuela.[1] After the 2015 National Assembly voted to remove Guaidó as interim president in December 2022, the State Department issued a statement on January 3, 2023, stating: "The United States continues to recognize the democratically

---

[1] Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela (Jan. 23, 2019), https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/

elected 2015 National Assembly as the last remaining democratic institution in Venezuela."[2]

Since January 23, 2019, the United States has not recognized Maduro as the Head of State of Venezuela and that nonrecognition continues to the present. Maduro is an indicted narco-terrorist who awaits trial in U.S. federal court for his crimes.

On March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez.[3] Remarking on this development at a summit with Latin American leaders on March 7, President Trump noted that "this week we have formally recognized the Venezuelan government [under Delcy Rodriguez]" and added: "We've actually legally recognized them."[4] Normalization will facilitate our joint efforts to promote stability, support economic recovery, and advance political reconciliation in Venezuela. Our engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government. In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela. I would also note that while we are normalizing diplomatic and consular relations with Venezuela, we continue to closely scrutinize transactions with the interim authorities and will use the International Economic Emergency Powers Act and other available tools to work toward a better future for the Venezuelan people.

We trust that these views will be of assistance to the Court in its assessment of the issues before it.

Respectfully,

Ambassador Michael G. Kozak
Senior Bureau Official
Bureau of Western Hemisphere Affairs
U.S. Department of State

---

[2] Press Statement, Ned Price, Spokesperson, Dep't of State, Venezuela's Interim Government and the 2015 National Assembly (Jan. 3, 2023), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/

[3] Media Note, A Statement on U.S.-Venezuela Relations (Mar. 5, 2026), https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations.

[4] Video, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 8, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit/, at 31:14.