**Nos. 25-3347 to 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563 to 25-3564**

**IN THE**

# United States Court of Appeals
### FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,
*Plaintiff-Appellee,*

-v-

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Delaware,
No. 17-mc-151 (Hon. Leonard P. Stark, United States Circuit Judge)

## PDVSA'S RESPONSE TO MOTION FOR ORDER DIRECTING COUNSEL FOR THE VENEZUELA PARTIES TO CONFIRM AUTHORITY

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
Robert Groot
David V. Holmes
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com

*Attorneys for Appellant Petróleos de Venezuela, S.A.*

## STATEMENT OF AUTHORITY

The undersigned counsel for Petróleos de Venezuela, S.A. (PDVSA), confirms that Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis") remains counsel for PDVSA in the *Crystallex* and related appeals and has not been instructed otherwise, as stated in the letter from Juan O. Perla to Miguel Estrada dated June 3, 2026. Declaration of Jason W. Myatt, Ex. 5, Doc. No. 252-7. PDVSA is a separately incorporated agency or instrumentality of the Bolivarian Republic of Venezuela (the "Republic") with its own corporate governance. Curtis represents only PDVSA in these appeals, not the Republic. However, Curtis does represent the Republic in other cases. When Curtis acts for the Republic, it does so *at the instruction of the Republic*, and when its acts for PDVSA, it does so *at the instruction of PDVSA*.

Contrary to Appellee Crystallex International Corp.'s misleading suggestion, the letter from Mr. Reinaldo Muñoz did not instruct Curtis in its role as "counsel for PDVSA" in this or any other case. Mot. 9, Doc. No. 252-1. The letter from Mr. Muñoz states that it is being sent from the Office of the Attorney General of the Republic. Nowhere does it purport to speak on behalf of PDVSA. Not even Crystallex suggests as much. Rather, as Crystallex itself acknowledges (at 9), the letter states only that Curtis may not "represent the Republic" or "represent or act for the Bolivarian Republic of Venezuela." Declaration of Jason W. Myatt, Ex. 1 at

- 1 -

2, Doc. No. 252-3. Again, Curtis does not represent the Republic in these appeals. Curtis represents only PDVSA.

Unlike any of the other instances referenced by Crystallex in which counsel for PDVSA withdrew from other cases after being instructed by representatives of PDVSA to do so, Curtis has not been instructed by representatives of PDVSA to withdraw from any action. Unless and until Curtis receives further instructions to the contrary from PDVSA, it remains fully authorized to represent and act for PDVSA in these appeals and intends to appear and will be prepared to argue for PDVSA at oral argument as scheduled by this Court.

Respectfully Submitted,

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

*/s/ Joseph D. Pizzurro*

Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
Robert Groot
David V. Holmes
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com
rgroot@curtis.com
dholmes@curtis.com

*Attorneys for Appellant Petróleos de Venezuela, S.A.*

Submitted: June 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2026, I caused a copy of the foregoing document to be filed electronically with the United States Court of Appeals for the Third Circuit via the Court's Electronic Filing System, and to be served electronically upon all counsel of record through that system.

**CERTIFICATION OF BAR MEMBERSHIP**

This Response complies with Local Appellate Rule 28.3(d) because at least one of the attorneys whose names appear on the brief, including Joseph D. Pizzurro, is a member in good standing of the bar of this Court.

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this Response complies with the word limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 27(a)(2)(B), this document contains 346 words. This Response also complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) pursuant to Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportional typeface in 14-point Times New Roman font. This PDF document that is being electronically filed also complies

with L.A.R. 31.1(c) because it has been scanned with Symantec Endpoint

Protection and no virus was detected.

/s/ *Joseph D. Pizzurro*
Joseph D. Pizzurro