Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363,
25-3453 to 25-3494, 25-3563, 25-3564

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

Appeals from the United States District Court for the District of Delaware Nos. 17-mc-151, 19-mc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-mc-18, 21-mc-46, 21-mc-481, 22-mc-68, 22-mc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23-mc-378, 23-mc-379, 23-mc-397
(Hon. Leonard P. Stark, United States Circuit Judge)

## RESPONSE OF PDV HOLDING, INC. AND CITGO PETROLEUM CORPORATION TO CRYSTALLEX INTERNATIONAL CORPORATION'S MOTION FOR ORDER DIRECTING COUNSEL FOR THE VENEZUELA PARTIES TO CONFIRM AUTHORITY

Nathan P. Eimer
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
NEimer@eimerstahl.com

*Counsel for PDV Holding, Inc. and CITGO Petroleum Corporation*

---

**TIDEWATER INVESTMENT SRL, ET AL.,**
*Plaintiffs-Appellees,*
v.
**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

---

**OI EUROPEAN GROUP B.V.,**
*Plaintiff-Appellee,*
v.
**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

---

**PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,**
*Plaintiffs-Appellees,*
v.
**PETRÓLEOS DE VENEZUELA S.A., ET AL.,**
*Defendants-Appellants.*

---

**NORTHROP GRUMMAN SHIP SYSTEMS INC.,**
*Plaintiff-Appellee,*
v.
**MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

---

**CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,**
*Plaintiffs-Appellees,*
v.
**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

---

ACL1 INVESTMENTS LTD, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

RUSORO MINING LTD,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*
v.
PETRÓLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

———————————————

KOCH MINERALS SARL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*
v.
CORPORACION VENEZOLANA DEL PETRÓLEO, ET AL.,
*Defendants-Appellants.*

———————————————

XYQ US, LLC,
*Plaintiff-Appellee,*
v.
PETRÓLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

———————————————

GOLD RESERVE INC.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

RUDI LOVATI, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

———————————————

Appellants CITGO Petroleum Corporation and PDV Holding, Inc. confirm that they are and continue to be represented in this matter by Nathan P. Eimer of Eimer Stahl LLP, who will be prepared to present argument to the Court. Mr. Eimer has represented CITGO Petroleum Corporation and certain of its affiliates since 1988 through a variety of governments in Venezuela, and has no reason to believe that will change between now and the date of the argument.

Dated: June 12, 2026                 Respectfully submitted,

                                     */s/Nathan P. Eimer*
                                     Nathan P. Eimer
                                     Daniel D. Birk
                                     EIMER STAHL LLP
                                     224 South Michigan Avenue
                                     Suite 1100
                                     Chicago, IL 60604
                                     (312) 660-7600
                                     NEimer@eimerstahl.com
                                     DBirk@eimerstahl.com

                                     *Counsel for PDV Holding, Inc. and*
                                     *CITGO Petroleum Corporation*

1

## CERTIFICATE OF BAR MEMBERSHIP

I hereby certify that at least one attorney whose name appears on this Motion is a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.


Dated: June 12, 2026                    Respectfully submitted,

                                        */s/ Nathan P. Eimer*
                                        Nathan P. Eimer
                                        *Counsel for PDV Holding, Inc. and*
                                        *CITGO Petroleum Corporation*

2

## CERTIFICATE OF COMPLIANCE

1.     This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 76 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14 point Century Schoolbook font.

3.     The electronic copy of the document has been scanned for viruses and none were detected.

Dated: June 12, 2026                 Respectfully submitted,

                                      */s/ Nathan P. Eimer*
                                      Nathan P. Eimer
                                      *Counsel for PDV Holding, Inc. and*
                                      *CITGO Petroleum Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Dated: June 12, 2026                    Respectfully submitted,

                                        */s/ Nathan P. Eimer*
                                        Nathan P. Eimer
                                        *Counsel for PDV Holding, Inc. and*
                                        *CITGO Petroleum Corporation*

4