**Nos. 25-3347 to 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563 to 25-3564**

IN THE

# United States Court of Appeals
## FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,
*Plaintiff-Appellee,*

-v-

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Delaware,
No. 17-mc-151 (Hon. Leonard P. Stark, United States Circuit Judge)

## SUPPLEMENTAL STATEMENT REGARDING REPRESENTATION OF PDVSA

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
Robert Groot
David V. Holmes
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com

## SUPPLEMENTAL STATEMENT

Undersigned counsel, Curtis, Mallet-Prevost Colt & Mosle LLP (Curtis), submits this supplemental statement regarding the representation of Petróleos de Venezuela, S.A. (PDVSA) in the *Crystallex* and related appeals. Almost simultaneously as Curtis filed its statement of authority in response to the Court's order directing a response by 3 p.m., Curtis received an email from Ms. Alejandra Torrealba, stating that she was acting in her capacity as Legal Counsel for PDVSA, and instructing Curtis to "refrain from acting on behalf of PDVSA before the Courts of the United States of America." A copy of that email is attached hereto as Exhibit A.[1]

The email further provides that "PDVSA is currently in the process of selecting and appointing its legal representation for the case Crystallex vs. Bolivarian Republic of Venezuela before the United States Court of Appeals for the Third Circuit," and that "[o]nce its legal representation is appointed, PDVSA will duly inform the aforementioned Court." *Id.*

---

[1] It appears that Ms. Torrealba attempted to send the same email to counsel on June 10, but the email address for counsel was incorrect (spelling Mr. Pizzurro's name with one z instead of two). The email received today also contained the wrong email address for Mr. Pizzurro, but added the correct email addresses of other Curtis attorneys in the case.

Respectfully Submitted,

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

*/s/ Joseph D. Pizzurro*

Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
Robert Groot
David V. Holmes
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com
rgroot@curtis.com
dholmes@curtis.com

Submitted: June 12, 2026

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2026, I caused a copy of the foregoing document to be filed electronically with the United States Court of Appeals for the Third Circuit via the Court's Electronic Filing System, and to be served electronically upon all counsel of record through that system.

## CERTIFICATION OF BAR MEMBERSHIP

This Response complies with Local Appellate Rule 28.3(d) because at least one of the attorneys whose names appear on the brief, including Joseph D. Pizzurro, is a member in good standing of the bar of this Court.

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this Response complies with the word limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 27(a)(2)(B), this document contains 155 words. This Response also complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) pursuant to Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportional typeface in 14-point Times New Roman font. This PDF document that is being electronically filed also complies

with L.A.R. 31.1(c) because it has been scanned with Symantec Endpoint

Protection and no virus was detected.

*/s/ Joseph D. Pizzurro*
Joseph D. Pizzurro

# EXHIBIT A

| | |
|---|---|
| **From:** | ALEJANDRA TORREALBA <torrealbaa@pdvsa.com.ve> |
| **Sent:** | Friday, June 12, 2026 2:28 PM |
| **To:** | jpizurro@cm-p.com; Perla, Juan; Holmes, David; Groot, Robert; Meehan, Kevin A. |
| **Subject:** | Fwd: Request to Refrain from Acting on behalf of PDVSA |

**\*\*\*EXTERNAL EMAIL\*\*\***

**De:** "ALEJANDRA TORREALBA" <torrealbaa@pdvsa.com.ve>
**Para:** "jpizurro" <jpizurro@curtis.com>
**Enviados:** Miércoles, 10 de Junio 2026 17:44:02
**Asunto:** Request to Refrain from Acting on behalf of PDVSA

Sras/ Sres. Curtis, Mallet-Prevost, Colt & Mosle, LLP;

Reciban un cordial saludo;

Les escribe Alejandra Torrealba, en mi condición de Consultora Jurídica de Petróleos de Venezuela, S.A. (PDVSA), debidamente designada en fecha 24 de marzo de 2026; de conformidad con la legislación venezolana, estatutos corporativos y por decisión de la Junta Directiva de PDVSA.

En virtud de que su honorable firma no ha sido debidamente seleccionada ni autorizada para representar los intereses legítimos de PDVSA; les solicito que por favor se abstengan de actuar en nombre y representación de PDVSA ante las Cortes de los Estados Unidos de América.

Asimismo, la ocasión es propicia para notificarles que PDVSA se encuentra en proceso de debida selección y designación de su representación legal para el caso Crystallex vs. Republica Bolivariana de Venezuela, ante la Corte de Apelaciones de los Estados Unidos de América para el Tercer Circuito. En tal sentido, una vez sea designada su representación legal, PDVSA informará debidamente a la precitada Corte.

Agradeciendo la atención que tengan a bien brindar al presente,
queda de ustedes,

Alejandra Torrealba
Consultora Jurídica de Petróleos de Venezuela, S.A.


 -----------------------------------------------------------------------------


Dear Curtis, Mallet-Prevost, Colt & Mosle, LLP
Sirs/Madams;
I extend my warmest greetings.

1

I, Alejandra Torrealba, am writing to you in my capacity as Legal Counsel for Petróleos de Venezuela, S.A. (PDVSA), duly appointed on March 24, 2026, in accordance with Venezuelan law, corporate bylaws, and by decision of the Board of Directors of PDVSA.

Since your firm has not been duly selected or authorized to represent the legitimate interests of PDVSA, I respectfully request that you refrain from acting on behalf of PDVSA before the Courts of the United States of America.

Furthermore, I take the opportunity to inform you that PDVSA is currently in the process of selecting and appointing its legal representation for the case Crystallex vs. Bolivarian Republic of Venezuela before the United States Court of Appeals for the Third Circuit. Once its legal representation is appointed, PDVSA will duly inform the aforementioned Court.

Thanking you for your attention to this matter,
Respectfully,

Alejandra Torrealba
Legal Counsel for Petróleos de Venezuela, S.A.