Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, et al.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court for the District of Delaware
Misc. No. 17-151
The Honorable Leonard P. Stark

---

# RESPONSE OF APPELLEES ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., AND LDO (CAYMAN) XVIII LTD. TO MOTION TO CONTINUE ORAL ARGUMENT FOR 60 DAYS

---

F. Troupe Mickler IV
Ashby & Geddes
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
tmickler@ashbygeddes.com

Joshua S. Bolian
Jared A. Hagler
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
jbolian@rjfirm.com

*Counsel for Appellees ACL1 Investments
Ltd., ACL2 Investments Ltd., and
LDO (Cayman) XVIII Ltd.*

June 15, 2026

**RESPONSE OF APPELLEES ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., AND LDO (CAYMAN) XVIII LTD. TO MOTION TO CONTINUE ORAL ARGUMENT FOR 60 DAYS**

These consolidated, expedited appeals arise from an order that certain property be sold to satisfy judgments against the Bolivarian Republic of Venezuela and its alter ego. Among the judgment creditors are Appellees ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (together, "ACL"). ACL obtained its judgment against Venezuela more than five and a half years ago. Final Judgment, *ACL1 Invs. Ltd. v. Bolivarian Republic of Venezuela*, No. 19-cv-09014 (S.D.N.Y. Dec. 7, 2020).

For the reasons given in the Opposition of Crystallex International Corporation (Dkt. 262), ACL respectfully submits that Venezuela's motion to continue oral argument for 60 days should be denied.

Dated: June 15, 2026 

Respectfully submitted.

s/ Joshua S. Bolian

F. Troupe Mickler IV (Del. #5361)  
Ashby & Geddes  
500 Delaware Ave., 8th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302) 654-1888  
tmickler@ashbygeddes.com

Joshua S. Bolian (Tenn. #40140)  
Jared A. Hagler (Tenn. #33323)  
Riley & Jacobson, PLC  
1906 West End Avenue  
Nashville, Tennessee 37203  
(615) 320-3700  
jbolian@rjfirm.com  
jhagler@rjfirm.com

*Counsel for Appellees ACL1 Investments Ltd.,*  
*ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.*

## CERTIFICATE OF COMPLIANCE

Counsel certifies as follows:

1.      This response complies with the type-volume requirement of Fed. R. App. P. 27(d)(2)(A) because this response contains 104 words, as determined by the word-count function of Microsoft Word version 2308, excluding the parts of the response exempted by Fed. R. App. P. 32(f).

2.      This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this response has been prepared in a proportionally spaced typeface using Microsoft Word version 2308 in 14-point Times New Roman font.

3.      I am a member of the bar of this Court.


Dated: June 15, 2026                              s/ Joshua S. Bolian
                                                  Joshua S. Bolian
                                                  *Counsel for Appellees ACL1 Investments*
                                                  *Ltd., ACL2 Investments Ltd., and*
                                                  *LDO (Cayman) XVIII Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2026, I caused a true and correct copy of the foregoing response to be filed with the Court by CM/ECF. All parties that have appeared are Filing Users and are served electronically by the Notice of Docket Activity generated by CM/ECF.


Dated: June 15, 2026

s/ Joshua S. Bolian

Joshua S. Bolian

*Counsel for Appellees ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.*