Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563 & 25-3564

# In the United States Court of Appeals for the Third Circuit

CRYSTALLEX INTERNATIONAL CORPORATION, ET AL.,

*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

Appeal from the United States District Court for the District of Delaware, Nos. 17-mc-151, 19-mc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-mc-18, 21-mc-46, 21-mc-481, 22-mc-68, 22-mc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23-mc-378, 23-mc-379, 23-mc-397 (Stark, J.)

## APPELLANT BOLIVARIAN REPUBLIC OF VENEZUELA'S STATUS REPORT

Daniel Pulecio-Boek
Dominic E. Draye
Nicholas LeFevre
GREENBERG TRAURIG, LLP
2101 L Street NW
Washington, DC 20037
(202) 331-3100
drayed@gtlaw.com

*Counsel for Appellant Bolivarian Republic of Venezuela*

—————————————————————

**TIDEWATER INVESTMENT SRL, ET AL.,**
*Plaintiffs-Appellees,*

v.

**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

—————————————————————

**OI EUROPEAN GROUP B.V.,**
*Plaintiff-Appellee,*

v.

**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

—————————————————————

**PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,**
*Plaintiffs-Appellees,*

v.

**PETROLEOS DE VENEZUELA S.A., ET AL.,**
*Defendants-Appellants.*

—————————————————————

**NORTHROP GRUMMAN SHIP SYSTEMS INC.,**
*Plaintiff-Appellee,*

v.

**MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

—————————————————————

**CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,**
*Plaintiffs-Appellees,*

v.

**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

—————————————————————

**ACL1 INVESTMENTS LTD, ET AL.,**
*Plaintiffs-Appellees,*

v.

**BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,**
*Defendants-Appellants.*

—————————————————————

RUSORO MINING LTD,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

_____

KOCH MINERALS SARL, ET AL.,
*Plaintiffs-Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*
v.
CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,
*Defendants-Appellants.*

_____

XYQ US, LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

_____

GOLD RESERVE INC.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

RUDI LOVATI, ET AL.,
*Plaintiffs-Appellees,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

_____

In response to the Court's July 9, 2026, Order, Appellant Bolivarian Republic of Venezuela respectfully states that, after careful consideration, it does not intend to depart from the substantive positions taken by the so-called *ad hoc* government.

July 27, 2026                                    Respectfully submitted,

                                                    */s/ Dominic E. Draye*
Daniel Pulecio-Boek
Dominic E. Draye
Nicholas LeFevre
GREENBERG TRAURIG, LLP
2101 L Street NW
Washington, DC 20037
(202) 331-3100
drayed@gtlaw.com

*Counsel for the Bolivarian Republic of Venezuela*

1

## CERTIFICATE OF COMPLIANCE

1. This status report complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 37 words, excluding the parts of the status report exempted by Rule 32(f).

2. This status report complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this status report has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Century type.

3. As required by L.A.R. 31.1(c), Windows Defender (Antivirus Version 1.435.25.0) ran on this document and found no viruses.

/s/ *Dominic E. Draye*
Dominic E. Draye

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on July 27, 2026. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Dominic E. Draye*
Dominic E. Draye