**Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, 25-3564**

# In the United States Court of Appeals
FOR THE THIRD CIRCUIT

CRYSTALLEX INTERNATIONAL CORPORATION,

*Plaintiff-Appellee,*

v.

BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,

*Defendants-Appellants.*

(caption continued on following pages)

On Appeals from the United States
District Court for the District of Delaware
Nos. 17-mc-151, 19-inc-79, 19-mc-290, 19-mc-342, 20-mc-257, 21-inc-18, 21-mc-46, 21-mc-481, 22-inc-68, 22-inc-69, 22-mc-131, 22-mc-156, 22-mc-263, 22-mc-264, 22-mc-347, 22-mc-453, 22-mc-464, 23-mc-298, 23-mc-340, 23- mc-378, 23-mc-379, 23-mc-397
(Hon. Leonard P. Stark, United States Circuit Judge)

## OPPOSITION TO VENEZUELA'S MOTION TO HOLD APPEAL IN ABEYANCE

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Alexander A. Yanos
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400

Nicholas J. Zluticky
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
816-691-3278

Robert H. Poole, II,
ALSTON & BIRD, LLP
1201 W. Peachtree St. NE, Suite 4900
Atlanta, GA 30309
404-881-4547

*Counsel for Appellees Koch Minerals Sàrl and Koch Nitrogen International Sàrl*

---

TIDEWATER INVESTMENT SRL, ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

OI EUROPEAN GROUP B.V.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

PHILLIPS PETROLEUM COMPANY VENEZUELA LTD, ET AL.,
*Plaintiffs Appellees,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

NORTHROP GRUMMAN SHIP SYSTEMS INC.,
*Plaintiff-Appellee,*
v.
MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONTRARIAN CAPITAL MANAGEMENT LLC, ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

ACL1 INVESTMENTS LTD, ET AL.,
*Plaintiffs Appellees,*

v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

RUSORO MINING LTD,
*Plaintiff-Appellee*,
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

RED TREE INVESTMENTS LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

KOCH MINERALS SARL, ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONOCOPHILLIPS GULF OF PARIA B.V.,
*Plaintiff-Appellee,*
v.
CORPORACION VENEZOLANA DEL PETROLEO, ET AL.,
*Defendants-Appellants.*

---

XYQ US, LLC,
*Plaintiff-Appellee,*
v.
PETROLEOS DE VENEZUELA S.A., ET AL.,
*Defendants-Appellants.*

---

GOLD RESERVE INC.,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

CONOCOPHILLIPS PETROZUATA B.V., ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

VALORES MUNDIALES S.L., ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

RUDI LOVATI, ET AL.,
*Plaintiffs Appellees,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC,
*Plaintiff-Appellee,*

v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE,
*Plaintiff-Appellee,*
v.
BOLIVARIAN REPUBLIC OF VENEZUELA, ET AL.,
*Defendants-Appellants.*

---

**RESPONSE OF KOCH MINERALS SÀRL AND KOCH NITROGEN INTERNATIONAL SÀRL IN OPPOSITION TO MOTION TO HOLD APPEAL IN ABEYANCE**

Koch Minerals Sàrl and Koch Nitrogen International Sàrl (collectively, the "Koch Parties") were subject to an unlawful expropriation in October 2010 by President Hugo Chávez's government. *Koch Minerals Sàrl v. Bolivarian Republic of Venezuela*, 2021 WL 3662938, at *1 (D.D.C. Aug. 18, 2021); *Koch Mins. Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559, D.I. 7 ¶¶ 12-13 (D.D.C. Nov. 28, 2017). The Koch Parties instituted arbitration thereafter. On October 30, 2017, an ICSID tribunal issued an arbitration award in the Koch Parties' favor, finding Venezuela liable for the unlawful expropriation. *See* JA4239; *see also Koch Minerals Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559, D.I. 7 ¶ 17 (D.D.C. Nov. 28, 2017).[1]

The Koch Parties promptly took action to enforce their award against Venezuela, filing suit in the D.C. District Court on November 28,

[1] On April 11, 2018, the tribunal effectively amended the Koch Parties' award by issuing a Decision on Rectification, noticing and correcting an error in the calculation of the principal amount for which Venezuela was liable. *Id.* ¶ 26; JA4239. Together, the October 30, 2017 award and the tribunal's April 11, 2018 Decision on Rectification constitute the full and final award underlying the Koch Parties' case below.

2017. *See generally Koch Minerals Sàrl v. Bolivarian Republic of Venezuela*, Civ. No. 17-2559 (D.D.C. Nov. 28, 2017). On February 22, 2022, the D.C. District Court entered a final judgment in the Koch Parties' favor for $449,361,733.45, as well as post-judgment interest. JA4240. The Koch Parties then registered their judgment in the District of Delaware and filed a motion for an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* as to the shares of PDV Holding, Inc. ("PDVH") owned by Petróleos de Venezuela, S.A. ("PDVSA") on October 7, 2022. *See* JA4240; *see also Koch Minerals Sarl v. Bolivarian Republic of Venezuela*, Misc. No. 22-156, D.I. 2 (D. Del. Oct. 7, 2022). The District Court granted the Koch Parties' motion on March 31, 2023, allowing the Koch Parties to join the other creditors in the underlying sale process. *Koch Minerals Sarl v. Bolivarian Republic of Venezuela*, Misc. No. 22-156, D.I. 21 (D. Del. Mar. 31, 2023).

At any point in the sequence of the protracted litigation summarized above, Venezuela could have paid the awards and judgments owed to the Koch Parties and other creditors and avoided the sale of PDVSA's shares in PDVH, the ultimate parent of CITGO. It chose not to. Instead, Venezuela has repeatedly delayed the sale process at

great expense to the Koch Parties, the other creditors, and the United States judicial system. Now, Venezuela seeks, yet again, a further delay of an indeterminate duration with an indeterminate outcome. As Crystallex International Corporation ("Crystallex") explains in its opposition brief, granting Venezuela's request for abeyance would risk immense prejudice to Crystallex, other judgment creditors such as the Koch Parties, and Amber Energy Inc., the successful bidder. *See* Dkt. 296, Crystallex Opp. at 12–13.

The Court should deny Venezuela's motion to hold these appeals in abeyance.

Dated: October 8, 2026

Respectfully submitted,


s/ Alexander A. Yanos
Alexander A. Yanos
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400

Robert H. Poole II
ALSTON & BIRD, LLP
1201 W. Peachtree St. NE,
Suite 4900
Atlanta, GA 30309
404-881-4547

Laura Davis Jones
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Nicholas J. Zluticky
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
816-691-3278

*Counsel for Appellees Koch Minerals Sàrl and Koch Nitrogen International Sàrl*

# **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 525 words, excluding the parts of the brief exempted by Rule 32(f).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font.

3. The electronic copy of this document has been scanned with Microsoft Defender Antivirus version 1.459.576.0 and is free of viruses.

Dated: October 8, 2026

*s/ Alexander A. Yanos*
Alexander A. Yanos
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400

*Counsel for Appellees Koch Minerals Sàrl and Koch Nitrogen International Sàrl*

## CERTIFICATE OF SERVICE

I hereby certify that counsel for all parties are registered as Filing Users of the Court's CM/ECF system and that a copy of this brief will be served electronically on this date by operation of the Court's CM/ECF system.

Dated: October 8, 2026

*s/ Alexander A. Yanos*
Alexander A. Yanos
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400

*Counsel for Appellees Koch Minerals Sàrl and Koch Nitrogen International Sàrl*