Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494,
25-3563 & 25-3564

---

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

---

CRYSTALLEX INTERNATIONAL CORPORATION

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

Bolivarian Republic of Venezuela, Appellant in No. 25-3347
PDV Holding, Inc., Appellant in No. 25-3348
CITGO Petroleum Corporation, Appellant in No. 25-3349
Petróleos de Venezuela, S.A., Appellant in No. 25-3350
Gold Reserve Ltd., Appellant in No. 25-3363
XYQ US, LLC, Appellant in Nos. 25-3563 and 25-3564

---

On Appeals of an Order of the
United States District Court for the District of Delaware
Nos. 17-mc-151-LPS and 22-mc-347-LPS (Hon. Leonard P. Stark)

---

# RESPONSE OF APPELLANT XYQ US, LLC TO MOTION TO HOLD APPEAL IN ABEYANCE

---

DAVID ELSBERG
MICHAEL DUKE
SEAN FOLEY
MOLLY O'KEEFE
DARIA BALAESKOUL
ELSBERG BAKER & MARURI PLLC
350 Fifth Avenue, 38th Floor
New York, New York 10118
(212) 597-2600

*Counsel for Appellant XYQ US, LLC*

October 8, 2026

**RESPONSE TO MOTION TO HOLD APPEAL IN ABEYANCE**

XYQ US, LLC ("XYQ") supports Venezuela's motion to hold these appeals in abeyance (Dkt. 278-1). A temporary abeyance may make it unnecessary for the Court to decide these appeals, while ultimately maximizing creditor recoveries.

As successor-in-interest to Siemens Energy, Inc., XYQ holds an approximately $230 million judgment against Petróleos de Venezuela, S.A. and participated in the district court's sale process. XYQ has challenged the sale order because, among other reasons, the sale order approved a bid roughly $2 billion lower than the highest qualified bid and significantly reduced recoveries for judgment creditors instead of maximizing creditors' recoveries as intended.

XYQ maintains the positions advanced in its briefs. Since briefing closed, however, Venezuela has reported material changes. These changes include the United States' recognition of President Delcy Rodríguez's government on March 5, 2026, Venezuela's stated effort to restructure its debts and pay creditors, and a further easing of sanctions by the Executive Branch. A temporary abeyance may promote a restructuring that could resolve the issues presented on appeal while simultaneously increasing recoveries for creditors. The Court has also renewed its request that the United States inform the panel of its position.

XYQ supports the requested relief because Venezuela's newly recognized government does not seek an indefinite abeyance. It proposes periodic status reports

and acknowledges that the Court can revisit the abeyance. At the end of six months, the Court can receive updates from the parties to determine whether a further extension is warranted. A short, defined period balances Venezuela's reasonable request for an abeyance with a recognition that the judgment creditors' claims cannot be deferred without limit.

For these reasons, XYQ respectfully supports Venezuela's motion to hold these appeals in abeyance, subject to further updates from the parties and any views the United States may submit.

Respectfully submitted,

/s/ David Elsberg

David Elsberg
Michael Duke
Sean Foley
Molly O'Keefe
Daria Balaeskoul
ELSBERG BAKER & MARURI PLLC
350 Fifth Avenue, 38th Floor
New York, New York 10118
(212) 597-2600
delsberg@elsberglaw.com
mduke@elsberglaw.com
sfoley@elsberglaw.com
mokeefe@elsberglaw.com
dbalaeskoul@elsberglaw.com

*Counsel for Appellant XYQ US, LLC*

October 8, 2026

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of F.R.A.P. 27(d)(2)(A) because, excluding the parts of the motion exempted by F.R.A.P. 32(f), it contains 303 words, as certified by the word-count function of the word-processing system (Microsoft Office Word 365) used to prepare the document.

2. This document complies with the typeface requirements of F.R.A.P. 32(a)(5) and the type-style requirements of F.R.A.P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type.

3. As required by 3d Cir. L.A.R. 31.1(c), the undersigned hereby certifies that Microsoft Defender Antivirus Version 1.459.576.0 scanned this document, and that no virus was detected.

Dated: October 8, 2026

/s/ David Elsberg
David Elsberg
*Counsel for Appellant XYQ US, LLC*

## CERTIFICATE OF BAR MEMBERSHIP

Pursuant to 3d Cir. L.A.R. 28.3(d) and 48.1, I, David Elsberg, hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: October 8, 2026

/s/ David Elsberg

David Elsberg
*Counsel for Appellant XYQ US, LLC*

# CERTIFICATE OF SERVICE

I certify that, on October 8, 2026, the foregoing Response of Appellant XYQ US, LLC to the Motion to Hold Appeal in Abeyance was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Third Circuit and served on counsel of record through CM/ECF.

Dated: October 8, 2026

/s/ David Elsberg
David Elsberg
*Counsel for Appellant XYQ US, LLC*