UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-3347 - 25-3350, 25-3363, 25-2453 - 25-3494, 25-3563 and 25-3564

Crystallex International Corporation
v.
Bolivarian Republic of Venezuela

(D. Del. No. 1:17-mc-00151)

ORDER

By order entered December 15, 2025, a panel of this Court invited the United States to file an amicus brief in these appeals expressing its views and interests. A second order was issued on January 5, 2026, again extending the Court's invitation. *See* orders attached.

Although a representative of the United States acknowledged receipt of the Court's invitations, to date the United States has not submitted a filing or informed the clerk that United States declined to participate.

At the Court's direction, the Court again invites the United States of America to express its views and interests in these consolidated matters. Any response shall not exceed 7 pages and must be filed by October 13, 2026 at noon ET. If the United States does not intend to file a response, it shall inform the Clerk in writing by October 13, 2026 at noon ET. This order will be distributed to the Government's representatives who were served with the December 15, 2025 and January 5, 2026 orders. If these individuals are not the appropriate Government representatives, it is requested that those served promptly contact the Clerk and provide the names and contact information for the correct Government representatives.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 5, 2026
PSD/cc: All Counsel of Record
Joseph Borson, U.S. Department of Justice Federal Programs Branch
Stephen M. Elliott, U.S. Department of Justice Federal Programs Branch