**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-3347 & consol.

Crystallex International Corp. vs. Bolivarian Republic of Venezuela

Calendar Date 10/21/2026 Location Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Dominic E. Draye

Designation of Arguing Counsel: Dominic E. Draye

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☑ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☐ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Bolivarian Republic of Venezuela

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)