11:30 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3347

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PDV HOLDING, INC.,
Appellant in no. 25-3348

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

CITGO PETROLEUM CORPORATION,
Appellant in no. 25-3349

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3350

Continued…

PAGE TWO – CONTINUED WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

GOLD RESERVE LTD. f/k/a GOLD RESERVE INC.,
Appellant in no. 25-3363

---

TIDEWATER INVESTMENT SRL; TIDEWATER CARIBE S.A.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3453

---

OI EUROPEAN GROUP B.V.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3454

---

PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED;
CONOCOPHILLIPS PETROZUATA B.V.
v.
PETROLEOS DE VENEZUELA, S.A.;
PDVSA PETROLEOS, S.A.; CORPOGUANIPA, S.A.,
Appellants in no. 25-3455

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

NORTHROP GRUMMAN SHIP SYSTEMS INC.,
f/k/a Ingalls Shipbuilding, Inc.
v.
THE MINISTRY OF DEFENSE
OF THE REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3456

---

CONTRARIAN CAPITAL MANAGEMENT, L.L.C.;
CONTRARIAN CAPITAL FUND I, L.P.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3457

---

ACL1 INVESTMENTS LTD.;
ACL2 INVESTMENTS LTD.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3458

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

RUSORO MINING LIMITED
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3459

---

RED TREE INVESTMENTS, LLC
v.
PETROLEOS DE VENEZUELA, S.A.;
PDVSA PETROLEOS, S.A.,
Appellants in no. 25-3460

---

RED TREE INVESTMENTS, LLC
v.
PETROLEOS DE VENEZUELA, S.A.,
PDVSA PETROLEO, S.A.,
Appellants in no. 25-3461

---

CONTRARIAN CAPITAL MANAGEMENT, L.L.C.;
CONTRARIAN CAPITAL FUND I, L.P.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3462

Continued…

PAGE FIVE – CONTINUED WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

KOCH MINERALS SARL; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3463

---

CONTRARIAN CAPITAL MANAGEMENT, L.L.C.;
CONTRARIAN CAPITAL FUND I, L.P.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3464

---

CONOCOPHILLIPS GULF OF PARIA B.V.
v.
COPORACION VENEZOLANA DEL PETROLEO, S.A.;
PETROLEOS DE VENEZUELA SA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3465

---

XYQ US, LLC
v.
PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3466

Continued…

PAGE SIX – CONTINUED WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

GOLD RESERVE INC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3467

---

CONOCOPHILLIPS PETROZUATA BV;
CONOCOPHILLIPS HAMACA BV; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZULA, S.A.,
Appellant in no. 25-3468

---

VALORES MUNDIALES, S.L.; CONSORCIO ANDINO, S.L.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3469

---

RUDI LOVATI; ALESSANDRO LUCIBELLO PIANI
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3470

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3471

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA,S.A.,
Appellant in no. 25-3472

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant in no. 25-3473

TIDEWATER INVESTMENT SRL; TIDEWATER CARIBE S.A.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3474

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

OI EUROPEAN GROUP B.V.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3475

---

PHILLIPS PETROLEUM COMPANY VENEZUELA LIMITED;
CONOCOPHILLIPS PETROZUA B.V.
v.
PETROLEOS DE VENEZUELA, S.A.;
PDVSA PETROLEOS, S.A.; CORPOGUANIPA, S.A.

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3476

---

NORTHROP GRUMMAN SHIP SYSTEMS INC,
f/k/a Ingalls Shipbuilding, Inc.
v.
THE MINISTRY OF DEFENSE
OF THE REPUBLIC OF VENEZUELA

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3477

---

CONTRARIAN CAPITAL MANAGEMENT, L.L.C.;
CONTRARIAN CAPITAL FUND I, L.P.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3478

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

ACL1 INVESTMENTS LTD;
ACL2 INVESTMENTS LTD; LDO (CAYMAN) XVIII LTD
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3479

RUSORO MINING LTD
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3480

RED TREE INVESTMENTS LLC
v.
PETROLEOS DE VENEZUELA SA;
PDVSA PETROLEOS SA

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3481

RED TREE INVESTMENTS LLC
v.
PETROLEOS DE VENEZUELA SA;
PDVSA PETROLEOS SA

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3482

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

CONTRARIAN CAPITAL MANAGEMENT LLC;
CONTRARIAN CAPITAL FUND I LP; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3483

KOCH MINERALS SARL;
KOCH NITROGEN INTERNATIONAL SARL
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3484

CONTRARIAN CAPITAL MANAGEMENT LLC;
CONTRARIAN CAPITAL FUND I, LP; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3485

CONOCOPHILLIPS GULF OF PARIA BV
v.
COPORACION VENEZOLANA DEL PETROLEO;
PETROLEOS DE VENEZUELA SA

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3486

Continued…

PAGE ELEVEN – CONTINUED WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

XYQ US, LLC
v.
PETROLEOS DE VENEZUELA SA

BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3487

---

GOLD RESERVE INC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3488

---

CONOCOPHILLIPS PETROZUATA B.V.;
CONOCOPHILLIPS HAMACA B.V.; et al.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3489

---

VALORES MUNDIALES, S.L.;
CONSORCIO ANDINO, S.L.
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3490

Continued…

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

RUDI LOVATI;
ALESSANDRO LUCIBELLO PIANI
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3491

---

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3492

---

GRAMERCY DISTRESSED OPPORTUNITY FUND LLC
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3493

---

SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE
v.
BOLIVARIAN REPUBLIC OF VENEZUELA,
Appellant in no. 25-3494

---

XYQ US, LLC,
Appellant in no. 25-3563
v.
PETROLEOS DE VENEZUELA, S.A.

Continued…

PAGE THIRTEEN – CONTINUED WEDNESDAY, OCTOBER 21, 2026

Coram: RESTREPO, PORTER and MATEY, *Circuit Judges*

Nos. 25-3347/ 25-3348/ 25-3349/ 25-3350/ 25-3363/ 25-3453/ 25-3454/ 25-3455/ 25-3456/ 25-3457/ 25-3458/ 25-3459/ 25-3460/ 25-3461/ 25-3462/ 25-3463/ 25-3464/ 25-3465/ 25-3466/ 25-3467/ 25-3468/ 25-3469/ 25-3470/ 25-3471/ 25-3472/ 25-3473/ 25-3474/ 25-3475/ 25-3476/ 25-3477/ 25-3478/ 25-3479/ 25-3480/ 25-3481/ 25-3482/ 25-3483/ 25-3484/ 25-3485/ 25-3486/ 25-3487/ 25-3488/ 25-3489/ 25-3490/ 25-3491/ 25-3492/ 25-3493/ 25-3494/ 25-3563/ 25-3564 (Continued)

CRYSTALLEX INTERNATIONAL CORPORATION
v.
BOLIVARIAN REPUBLIC OF VENEZUELA

XYQ US, LLC,
Appellant in no. 25-3564

Counsel for Appellants

AARON M. PANNER
[Gold Reserve Ltd.
(10 minutes per Court)

DOMINIC E. DRAYE
[Bolivarian Republic of Venezuela]
(13 minutes per Court)

KATHERINE B. WELLINGTON
[Petroleos de Venezuela, S.A.]
(7 minutes per Court)

(30 minutes Total Court Time)

Counsel for Appellee

MIGUEL A. ESTRADA
[Crystallex International Corp.]
(17 minutes per Court)

PAUL D. CLEMENT
[Amber Energy Inc.]
(13 minutes per Court)

(30 minutes Total Court Time)